UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00090 |
| | ) | JUDGE CAMPBELL |
| JAMAL COOPER, et al. | ) | |

ORDER

Pending before the Court are the Joint Motion To Declare Case "Complex" And To Authorize Case Budgeting And Interim Billing (Docket No. 337) filed by Defendants D'Ron Robinson, Donquez Groves, Eric Williams, Robert Foxx, Darnell Finnells, Shawna Foster, Wallace Earl Coffee, and Thomas Barnett; along with Motions To Join the Joint Motion filed by Defendants Robert Noel, Clifford Woods, William Earl Foster, Jr., Wilton Bailey, and Jasmond Foster (Docket Nos. 339, 340, 341, 342, 343). Through the Motions, the Defendants seek to have this case declared complex and to authorize case budgeting and interim billing.

The Motion is GRANTED, as follows: The Court concludes that this case should be considered "complex" as to the Defendants listed herein, and authorizes interim billing. Counsel for the Defendants listed herein shall promptly consult with Sixth Circuit Budgeting Attorney Robert Ranz regarding a proposed budget. After consultation with Mr. Ranz, counsel shall submit the proposed budget to the District Court for consideration. The Court is likely to schedule an *ex parte* hearing to discuss the proposed budget. Upon approval, the proposed budget will be sent to the Sixth Circuit for consideration.

It is so ORDERED.

                                                                                         TODD J. CAMPBELL
                                                                                         UNITED STATES DISTRICT JUDGE